UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CHRISTOPHER L DANKERT,<br><br>             Plaintiff,<br><br>     v.<br><br>JEFFERSON COUNTY, et al.,<br><br>             Defendants. | CASE NO. C12-6043 RBL-JRC<br><br>ORDER |

The Court having reviewed the Report and Recommendation of the Hon. J. Richard Creatura, United States Magistrate Judge, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and Order:

(1)    The Court adopts the Report and Recommendation;

(2)    Defendants Bill Wells and Jane Doe Wells are dismissed from this action with prejudice by stipulation of the parties (ECF No. 11).

(3)    The Court grants defendants' motion for summary judgment.

DATED this 21st day of August, 2013.

*(signature)*

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER - 1